UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 10, 2014

MEMO TO COUNSEL RE:  Sarah Rogers v. Avalon Ventures LLC, et al.
Civil No. JFM-14-1057

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendants' motion to dismiss or for summary judgment.

The motion (document 19) is denied. I am satisfied that a factual record needs to be established concerning the relationship between defendants and Schulte Hospitality Group before I can properly rule upon the issues presented.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge