UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 1, 2015

MEMO TO COUNSEL RE:  Sarah Rogers v. Avalon Ventures LLC, et al.
Civil No. JFM-14-1057

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendants' motion for sanctions.

I will hold the motion *sub curia* until after the settlement conference that is scheduled for June 12, 2015 has been held.  Of course, if plaintiff does not respond to the request for discovery, she must bear the consequences.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge